UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X

Victor Phillipe and Lorna Phillipe,

                          Plaintiff,           CV-07-3987
                                         (CPS)(SMG)

     - against -                  ORDER TO APPEAR
                                           FOR HEARING

Helinet Aviation Services Inc.,
Horsham Valley Airways Inc.,
National Broadcasting Company, and
John Doe, said name being the driver of
the offending vehicle, whose real name and
address is unknown,

                          Defendant.

------------------------------------------X

     Plaintiffs and Defendant Horsham Valley Airways Inc. are hereby directed to appear before the undersigned in Courtroom 6A, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on Tuesday, November 27, 2007 at 4:30 p.m. for a hearing, at which time testimony will be heard from plaintiff's process server, Thomas J. Crean, Jr., and defendant's employee, Drew Hriniak, on the service of process in the instant action.

     The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

SO ORDERED.

Dated :   November 5, 2007
           Brooklyn, New York

                                     s/Hon. Charles P. Sifton
      By: _____
                                United States District Judge